UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE DEPARTMENT
EMPLOYEE 1, et al.,

    Plaintiffs,

v.                                            CASE NO. 8:22-cv-364-SDM-TGW

LLOYD J. AUSTIN, III, et al.,

    Defendants.
_____/

## ORDER

    The unopposed motion (Doc. 24) to amend the complaint is **GRANTED**. Not later than **JUNE 24, 2022**, the plaintiffs may amend the complaint to add the claims of Staff Psychologist.  The motion (Doc. 19) to dismiss the second amended complaint is **DENIED AS MOOT**.  The motion (Doc. 3) for injunctive relief, the motion (Doc. 4) to certify a class, and the motion (Doc. 8) to proceed anonymously are **DENIED WITHOUT PREJUDICE** to the renewal of each motion on behalf of the plaintiffs named in the forthcoming third amended complaint.

    ORDERED in Tampa, Florida, on June 14, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE