UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STATE DEPARTMENT EMPLOYEE # 1,** et al.**,**

Plaintiffs,

v.

**LLOYD AUSTIN III**, in his official capacity as Secretary of Defense, et al.,

Defendants.

Case No. 8:22-cv-364-SDM-TGW

**NOTICE**

On July 5, 2022, the Court stayed this action "pending resolution of the Fifth Circuit's rehearing of *Feds for Medical Freedom*." Order at 2, ECF No. 28 ("Stay Order"). The Court directed Defendants to file a notice "that includes a copy of the *en banc* decision" not later than seven days after the Fifth Circuit's decision. *Id.*

Defendants hereby notify the Court that the Fifth Circuit issued its decision upholding the nationwide preliminary injunction in *Feds for Medical Freedom* on March 23, 2023. *See Feds for Medical Freedom v. Biden*, --- F. 4th ----, 2023 WL 2609247 (5th Cir. Mar. 23, 2023) (en banc). A copy of the decision is attached hereto as Exhibit A.

The Solicitor General is responsible for determining whether to seek further review of the Fifth Circuit's *Feds for Medical Freedom* decision, *see* 20 C.F.R.

§ 0.20(a), and the government has 90 days from the date of the decision to petition for a writ of certiorari from the Supreme Court. While that process plays out, as the Court has previously recognized, "the preliminary injunction in *Feds for Medical Freedom* protects the plaintiffs in this action." Stay Order at 2. Accordingly, Defendants respectfully request that the Court continue the stay in this action pending final resolution of the federal government's appeal in *Feds for Medical Freedom*.

March 30, 2023

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CARLOTTA P. WELLS
CHRISTOPHER R. HALL
Assistant Branch Directors

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8098
Fax: (202) 616-8470
Email: robert.c.merritt@usdoj.gov

*Counsel for Defendants*